ERIC GRANT
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:24-po-00052-SAB |
|---|---|
| Plaintiff, | [Citation #9174038 CA/51] |
| v. | |
| FRANCISCO MORENO, | MOTION AND ORDER FOR DISMISSAL AND TO RECALL WARRANT |
| Defendant. | |

The United States of America, by and through Michele Beckwith, Acting United States Attorney, and Jeffrey A. Spivak, Assistant United States Attorney, hereby moves to dismiss Case No. 1:24-po-00052-SAB [Citation #9174038 CA/51] against FRANCISCO MORENO, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure. It is further requested that the warrant in this matter be recalled.

DATED: October 27, 2025

Respectfully submitted,

ERIC GRANT
United States Attorney

By:  /s/ *Jeffrey A. Spivak*
JEFFREY A. SPIVAK
Assistant United States Attorney

**O R D E R**

IT IS HEREBY ORDERED that Case No. 1:24-po-00052-SAB [Citation #9174038 CA/51] against FRANCISCO MORENO is dismissed, without prejudice, in the interest of justice, and that the warrant in this matter is recalled.

IT IS SO ORDERED.

Dated:  **October 27, 2025**

STANLEY A. BOONE
United States Magistrate Judge